UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>            Plaintiff,<br><br>    v.<br><br>JASON MUZZICATO,<br>            Defendant. | :<br>:<br>:<br>:    No. 5:19-cr-00358<br>:<br>:<br>:<br>: |

**O R D E R**

**AND NOW**, this 11th day of June, 2021, upon consideration of the Defendant's Motion for Forfeiture of Property, ECF No. 44, and pursuant to the agreement reached by the parties, **IT IS ORDERED THAT:**

The motion, ECF No. 44, is **GRANTED in part and DENIED in part as follows:**

1. The Government shall **RETURN** the following firearms to Collin Muzzicato:

    a. One (1) Del-ton Inc., Model DTI-15, .223 caliber semi-automatic AR-15 rifle, bearing serial number B-41883;

    b. One (1) Marlin, Model 60, .22 caliber rifle, bearing serial number 02234231;

    c. One (1) Savage, Model 3, bolt action, 7mm rifle, bearing serial number F700473; and

    d. One (1) Walther, Model CCP, 9mm semi-automatic pistol, bearing serial number WK079729.

2. The Government shall **RETAIN** possession of the following firearms:

    a. One (1) Ruger, Model LCP, .380 caliber semi-automatic pistol, bearing serial number 371848804.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge