IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v.   : | CRIMINAL NO. 19-358 |
| : | |
| JASON MUZZICATO : | |

## FINAL ORDER OF FORFEITURE

WHEREAS, on September 22, 2020, this Court entered a Judgment and Preliminary Order of Forfeiture, forfeiting the defendant's interest in the following property:

a) one (1) Mossberg, Model 500, 12 gauge shotgun, bearing serial number U352411, loaded with five (5) live rounds of ammunition;

b) one (1) Ruger, Model LCP, .380 caliber semi-automatic pistol, bearing serial number 372207357, loaded with six (6) live rounds of ammunition;

c) one (1) Taurus, Model PT 24/7 Pro, .40 caliber semi-automatic pistol, bearing serial number SAR09330, loaded with 10 live rounds of ammunition;

d) one (1) Noveske, Model N-4, .223 caliber semi-automatic AR-15 rifle, bearing serial number E00794, loaded with 10 live rounds of ammunition;

e) one (1) Del-ton Inc., Model DTI-15, .223 caliber semi-automatic AR-15 rifle, bearing serial number B-41883, loaded with 10 live rounds of ammunition;

f) one (1) Marlin, Model 60, .22 caliber rifle, bearing serial number 02234231;

g) one (1) Savage, Model 3, bolt action, 7mm rifle, bearing serial number F700473;

h) one (1) Walther, Model CCP, 9mm semi-automatic pistol, bearing serial number WK079729;

i) one (1) Ruger, Model LCP, .380 caliber semi-automatic pistol, bearing serial number 371848804;

    j)   one (1) American Arms, Inc., Model CX, .22 caliber, semi-automatic pistol, bearing serial number 003702;

    k)   seven (7) destructive devices;

    l)   and any and all other related ammunition; and

    m)   one (1) DJI, Model Phantom 3, unmanned aerial vehicle (drone), white in color, with partial serial number P…0015553.

AND WHEREAS, pursuant to 21 U.S.C. § 853(n), notice of the Judgment and Preliminary Order of Forfeiture was published on an official government internet site for at least 30 consecutive days, commencing on September 29, 2020, and ending on October 28, 2020.

AND WHEREAS, pursuant to 21 U.S.C. § 853(n), the government provided direct written notice to an individual known to have alleged an interest in the property that is subject to the order of forfeiture.

AND WHEREAS, in response to the government's direct notice, Collin Muzzicato ("Petitioner") asserted an ownership interest in the following property that was ordered forfeited to the United States by the Court's September 22, 2020, Judgment and Preliminary Order of Forfeiture:

    a)   one (1) Del-ton Inc., Model DTI-15, .223 caliber semi-automatic AR-15 rifle, bearing serial number B-41883;

    b)   one (1) Marlin, Model 60, .22 caliber rifle, bearing serial number 02234231;

    c)   one (1) Savage, Model 3, bolt action, 7mm rifle, bearing serial number F700473; and

    d)   one (1) Walther, Model CCP, 9mm semi-automatic pistol, bearing serial number WK079729.

AND WHEREAS, the government has acknowledged and recognized the superior

interest of the Petitioner with respect to the firearms described above, and the Court entered an Order on June 11, 2021, ordering the government to return the above firearms to Petitioner Collin Muzzicato.

AND WHEREAS, the government returned the firearms described above to Petitioner Collin Muzzicato, pursuant to this Court's Order of June 11, 2021.

AND WHEREAS, the Court finds, based upon the facts set forth at the defendant's plea hearing, which formed the factual basis for the plea, that the defendant had an interest in the property named in the Judgment and Preliminary Order of Forfeiture that is subject to forfeiture pursuant to 18 U.S.C. § 924(d), 28 U.S.C. § 2461(c), 49 U.S.C. § 46306(b).

**ACCORDINGLY, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:**

1. All right, title, and interest of all persons, their heirs and assigns, in the following property listed in the Judgment and Preliminary Order of Forfeiture entered by this Court on September 22, 2020, and described below, is hereby fully and finally forfeited to the United States of America pursuant to 18 U.S.C. § 924(d), 28 U.S.C. § 2461(c), 49 U.S.C. § 46306(b):

   a) **one (1) Mossberg, Model 500, 12 gauge shotgun, bearing serial number U352411, loaded with five (5) live rounds of ammunition;**

   b) **one (1) Ruger, Model LCP, .380 caliber semi-automatic pistol, bearing serial number 372207357, loaded with six (6) live rounds of ammunition;**

   c) **one (1) Taurus, Model PT 24/7 Pro, .40 caliber semi-automatic pistol, bearing serial number SAR09330, loaded with 10 live rounds of ammunition;**

   d) **one (1) Noveske, Model N-4, .223 caliber semi-automatic AR-15 rifle, bearing serial number E00794, loaded with 10 live rounds of ammunition;**

  e) one (1) Ruger, Model LCP, .380 caliber semi-automatic pistol, bearing serial number 371848804;

  f) one (1) American Arms, Inc., Model CX, .22 caliber, semi-automatic pistol, bearing serial number 003702;

  g) seven (7) destructive devices;

  h) and any and all other related ammunition; and

  i) One (1) DJI, Model Phantom 3, unmanned aerial vehicle (drone), white in color, with partial serial number P…0015553.

2. All right, title and interest of all persons, their heirs and assigns in the property described in paragraphs 1(a)-(i) above, is hereby vested in the United States of America.

3. The government or its designee, shall dispose of the assets listed in paragraphs 1(a)-(i) of this Order in accordance with the law and the rules of this Court.

ORDERED this day  2nd  of  December , 2021.

         BY THE COURT:

         /s/ Joseph F. Leeson, Jr.
         HONORABLE JOSEPH LEESON, JR.
         *Judge, United States District Court*